UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 25-cr-152 (RDM) |
| : | |
| JAMAAL OLDS-SHELL, : | |
| : | |
| Defendant. : | |

**STATEMENT OF OFFENSE**

**A.   ELEMENTS OF OFFENSE**

The parties in this case, the United States of America and the defendant, Jamaal Olds-Shell ("defendant"), stipulate and agree that the following constitute the elements of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of Title 18, United States Code, Section 922(g)(1):

1. The defendant possessed a firearm;

2. The defendant did so voluntarily and on purpose, and not by mistake or accident;

3. The firearm had been shipped or transported from one state to another (the District of Columbia is considered a state for this purpose); and

4. At the time the defendant possessed the firearm, he knew that he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

**B.   PENALTIES**

Conviction for Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of Title 18, United States Code, Section 922(g)(1), carries a maximum sentence of fifteen years'

imprisonment, a maximum fine of $250,000, a term of supervised release of not more than three years pursuant to Title 18, United States Code, Section 3583(b)(2), and an obligation to pay any applicable interest or penalties on fines and restitution not timely made.

### C. FACTS

This proffer of evidence is not intended to constitute a complete statement of all facts known by the government or the defendant but is instead a statement of facts intended to provide the necessary factual predicate for the guilty plea in this case. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for entry of the defendant's plea of guilty. The United States and the defendant agree and stipulate as follows:

1. On May 2, 2025, at approximately 11:39 p.m., law enforcement officers from the Housing Southwest Unit (HSWU) of the District of Columbia Housing Authority (DCHA) were flagged down by bystanders who informed law enforcement that a male subject fell off a rental bike and was laying on the street around the 1200 block of Canal Street SW in Washington, D.C.

2. Upon arrival, DCHA law enforcement members observed the Defendant, who was later identified as Jamaal Olds-Shell, laying on the street with a large gash on the left side of his head. Due to the injuries, law enforcement began to render aid to the Defendant and requested emergency assistance.

3. Metropolitan Police Department (MPD) officers arrived on scene to assist DCHA. While rendering aid to the Defendant, MPD law enforcement observed an L-shaped bulge in the Defendant's front waistband under his underwear that was inconsistent with the human anatomy. A firearm was recovered from the Defendant's front waistband underneath his pants and underwear.

4. After recovering the firearm from the Defendant, MPD law enforcement asked the

Defendant whether he had a concealed carry permit. The Defendant responded, "what gun" and continued to deny that he had a firearm on him. The Defendant was placed under arrest and transported to the hospital for further treatment.

5. The firearm that the officers recovered from the Defendant's person was a black in color 9mm Glock 19 bearing serial number BUBU888. The firearm was loaded with 14 rounds of 9mm ammunition in the magazine and one 9mm ammunition round in the chamber. The magazine had a capacity for 15 rounds. The firearm was recovered and processed.

6. The Glock firearm recovered during the search was manufactured outside of the District of Columbia, and it traveled in interstate commerce to reach the District of Columbia. The ammunition in the firearm was manufactured outside of the District of Columbia and traveled in interstate commerce to reach the District of Columbia.

7. The Defendant acknowledges that, on and prior to May 2, 2025, he unlawfully possessed the 9mm Glock 19 handgun bearing the serial number BUBU888, and 15 rounds of 9mm caliber ammunition.

8. The Defendant further acknowledges that he possessed the 9mm Glock 19 handgun bearing the serial number BUBU888, and 15 rounds of 9mm caliber ammunition, while knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: /s/ Sabena Auyeung
Sabena Auyeung
IL Bar No: 6317842
Assistant United States Attorney
United States Attorney's Office

601 D Street, N.W.
Washington, D.C. 20530
(202) 803-1622
Sabena.Auyeung@usdoj.gov

Dated: September 5, 2025

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Maria Jacob, Esq. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 9/15/25

_____
Jamaal Olds-Shell
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed fully it with my client, Jamaal Olds-Shell. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 9/15/25

_____
Maria Jacob, Esq.
Attorney for Defendant